No. 81–6622.   PARKER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied. ▆▆▆▆▆▆▆▆▆

No. 81–1512.   DOWDLE, SUPERINTENDENT, SAFFORD CONSERVATION CENTER, ET AL. *v.* WRIGHT.   C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied. ▆▆▆▆▆▆▆▆

No. 81–1833.   MICHIGAN *v.* PAINTMAN.   Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied. ▆▆▆▆▆▆▆▆